HAMPTON ET AL.
*vs.*
BARRETT.

---

HAMPTON ET AL. *vs.* BARRETT.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT, JUDGE
BUCHANAN PRESIDING.

Where the purchaser stipulated to pay interest annually, on the price of a
plantation, and there is no evidence to justify him in withholding pay-
ment, he can only be relieved by demanding the *deposit of the price.*

This is an action for two years arrear of interest, due by
the defendant on the *price* of a sugar plantation. See the
case in 9 *Louisiana Reports*, 336.

On the return of the cause to the District Court, the
defendant filed his answer, averring, that this case cannot
be tried until the final determination of a suit in the United
States District Court, between the same parties, for the two
previous instalments of interest due on the same debt; that
in that defence he has pleaded want of title in the vendor,
disturbance by suits and danger of eviction, prayed for a
rescission of the sale, &c. Some other matters were set up

in defence, but there was no testimony produced on the trial on the part of the defendant.

The district judge gave judgment for the plaintiffs for the several sums claimed by them, with legal interest thereon, and the defendant appealed.

*Preston,* for the plaintiffs.

*L. Peirce, contra.*

*Eustis, J.,* delivered the opinion of the court.

This is an action for arrears of interest, due on the price of a plantation, sold by the plaintiff's ancestor. The interest was payable annually throughout the term, on every first day of January. There is no evidence before us which would justify the defendant in withholding the payment of the interest. If he wished to have been relieved from the payment, he ought to have demanded the deposit of the price, according to the provisions in article 2537 of the Louisiana Code.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed, with costs.